*E-FILED 11-03-2010*

1  Thomas M. McInerney (State Bar No. 162055)
   tmm@ogletreedeakins.com
2  Sarah R. Nichols (State Bar No. 233099)
   sarah.nichols@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Defendants
   HEALTHWAYS, INC. and
8  AMERICAN HEALTHWAYS SERVICES, INC.

9  Cliff Palefsky (State Bar No. 77683)
   cp@mhpsf.com
10 Scott M. Stillman (State Bar No. 267506)
   sstillman@mhpsf.com
11 MCGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
12 San Francisco, CA 94133
   Telephone:    415.421.9292
13 Facsimile:    415.403.0202

14 Attorneys for Plaintiff
   DIRK BOECKER
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19 | DIRK BOECKER                                  | Case No. 5:10-cv-04058-HRL
20 |         Plaintiff,                            | Magistrate Judge Howard R. Lloyd
21 |     v.                                        |
22 | HEALTHWAYS, INC., a corporation,              | **STIPULATION AND [PROPOSED]**
   | AMERICAN HEALTHWAYS SERVICES,                 | **ORDER**
23 | INC., a corporation, and DOES 1 through 10,   |
   | inclusive                                     | [Re:  Docket No. 12]
24 |                                               |
   |         Defendants.                           |
25

26
27
28

9366076

Case No. 5:10-cv-04058-HRL
STIPULATION AND [PROPOSED] ORDER

Defendants HEALTHWAYS, INC. and AMERICAN HEALTHWAYS SERVICES, INC., (collectively, "Defendants") and Plaintiff DIRK BOECKER, through their respective counsel of record, enter into the following stipulation to continue the initial case management conference based on the following facts:

WHEREAS, the Court set the initial case management conference for November 23, 2010;

WHEREAS, Defendants' counsel has a conflict between the date set for the initial case management conference and a pre-arranged date related to another case; and

WHEREAS, no previous requests for a continuance of the initial case management conference have been made;

THEREFORE, the Parties to the above-captioned matter HEREBY STIPULATE AND AGREE as follows:

The Rule 26(f) scheduling conference shall be continued to November 30, 2010 at 1:30 p.m. and no other related dates shall be changed.

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED: November 2, 2010                     MCGUINN, HILLSMAN & PALEFSKY

                                            By:  /s/ *Cliff Palefsky*
                                                 /s/ *Scott Stillman*
                                            Cliff Palefsky
                                            Scott M. Stillman
                                            Attorneys for Plaintiff
                                            Dirk Boecker

DATED: November 2, 2010                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                            By:  /s/ *Tom McInerney*
                                                 /s/ *Sarah Nichols*
                                            Thomas M. McInerney
                                            Sarah R. Nichols
                                            Attorneys for Defendants
                                            Healthways, Inc., and
                                            American Healthways Services, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial case management conference shall be continued to November 30, 2010 at 1:30 p.m. **All related deadlines remain unchanged.**

DATED: November _3_, 2010

_____
MAGISTRATE JUDGE HOWARD R. LLOYD

9366076.1 (OGLETREE)

9366076

2   Case No. 5:10-cv-04058-HRL
STIPULATION AND [PROPOSED] ORDER