Cliff Palefsky (SBN 77683)  ***E-FILED 02-28-2011***
cp@mhpsf.com
Scott M. Stillman (SBN 267506)
sstillman@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:  (415) 421-9292
Facsimile:   (415) 403-0202

Attorneys for Plaintiff
DIRK BOECKER

Thomas M. McInerney (SBN 162055)
tmm@ogletreedeakins.com
Sarah R. Nichols (SBN 233099)
sarah.nichols@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:  (415) 442-4810
Facsimile:   (415) 442-4870

Attorneys for Defendants
Healthways, Inc., and
American Healthways Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRK BOECKER, | Case No. 5:10-cv-04058 HRL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| HEALTHWAYS, INC., a corporation, AMERICAN HEALTHWAYS SERVICES, INC., a corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1   IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

Respectfully submitted,

Dated: February 24, 2011                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Thomas M. McInerney
    _____
    Thomas M. McInerney
    Attorneys For Defendants Healthways, Inc.
    and American Healthways Services, Inc.


Dated: February 24, 2011                    McGUINN, HILLSMAN & PALEFSKY


By: /s/ Cliff Palefsky
    _____
    Cliff Palefsky
    Attorneys for Plaintiff Dirk Boecker

**[PROPOSED] ORDER**

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

IT IS SO ORDERED.

Dated: February 28, 2011
                                            _____
                                            THE HONORABLE HOWARD R. LLOYD
                                            United States ~~District~~ Magistrate Judge

---

2

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Case Management Statement and Rule 26(f) Report, and [Proposed] Order.  In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: February 24, 2011                     McGUINN, HILLSMAN & PALEFSKY

By: /s/ Scott M. Stillman
    Scott M. Stillman
    McGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
    San Francisco, CA 94133
    Telephone: 415-421-9292
    Facsimile:  415-403-0202

    Attorneys for Plaintiff

---

3
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE